IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES LITTERAL,

    Applicant,

v.                                        No. CV 10-744 MCA/WDS

LUPE MARSHALL, et al.,

    Respondents.

**O R D E R**

THIS MATTER having come before the Court on Applicant's motion to proceed in forma pauperis, and the Court being fully advised;

**IT IS ORDERED** that the motion is hereby GRANTED, and Applicant may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

_____
UNITED STATES MAGISTRATE JUDGE